ACCEPTED
01-14-00738-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 11:47:25 AM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00738-CR**
**No. 01-14-00739-CR**

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 11:47:25 AM

CHRISTOPHER A. PRINE
Clerk

——————◆——————

**No. 1383989**
**No. 1383990**
In the 338th District Court
Harris County, Texas

——————◆——————

WILLIAM HORHN
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

——————◆——————

STATE'S THIRD & FINAL MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

——————◆——————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1.  In the 338th District Court of Harris County, Texas, on August 27, 2014, in cause number 1383989, the Appellant was convicted in **The State of Texas v. William Columbus Horhn.**

2.  For the offense of debit card abuse, Appellant was sentenced to six months in state jail.

3.  In the 338th District Court of Harris County, Texas, on August 27, 2014, in cause number 1383990, the Appellant was convicted in **The State of Texas v. William Columbus Horhn.**

4.  For the offense of fraudulent use of identifying information, Appellant was sentenced to twenty years in prison.

5.  Written notices of appeal were timely filed on August 27, 2014.

6.  The Appellant's brief was filed with this Court on February 23, 2015.

7.  The State's brief was due to be filed with this Court on May 26, 2015, after two extensions.

8.  A third and final motion for extension of time in which to file the State's brief is requested until June 2, 2015.

9.  The facts relied upon to explain the need for this extension are:

This brief was due on May 26, 2015, with no further extensions, absent extraordinary circumstances.  Due to the recent flooding, the Harris County Criminal Justice Center was closed for two days, May 26 & 27, 2015.

Thus, the attorney assigned to this appeal, the Chief of the Appellate Division, Alan Curry, was unable to work on this case.  Further, he is currently in Austin for the Conference of Criminal Appeals from May 27-29, 2015, that was previously scheduled.  He will not return to the office until next week.

Therefore, I am respectfully requesting on his behalf additional time in order to properly respond to appellant's brief in this case.

WHEREFORE, the State prays that this Court will grant an extension of time until June 2, 2015, in which to file the State's brief in this case.

Respectfully submitted,

/s/  Jessica Akins

**Jessica Akins**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
akins_jessica@dao.hctx.net
State Bar Number: 24029415

On behalf of Alan Curry

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following addresses on May 28, 2015:

Mark Kratovil
Attorney at Law
1201 Franklin Street, 13th Floor
Houston, Texas  77002

/s/  Jessica Akins

**Jessica Akins**

Date:  May 28, 2015